IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  10-78861-MHM |
| | ) | |
| ARLETTA MADGELENE GAULT, | ) | |
| | ) | Chapter 7 |
| | ) | |
| __Debtor__ . | ) | |

NOTICE OF HEARING ON
TRUSTEE'S MOTION TO COMPEL TURNOVER OF ASSETS

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the Trustee's Motion To Compel Turnover Of Assets in Courtroom **1204**, United States Courthouse, 75 Spring Street, S.W., **Atlanta**, Georgia, at *2:45 PM on April 15, 2014*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you must file a written response to the pleading with the Clerk at the address stated below, and you and/or your attorney must attend the hearing.. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

*/s/ Jason L. Pettie*
Jason L. Pettie, Chapter 7 Trustee
Georgia Bar # 574783
150 E Ponce de Leon Ave, Ste 150
Decatur, Georgia  30030
(404) 638-5984

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-78861-MHM |
| | ) | |
| ARLETTA MADGELENE GAULT, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JASON L. PETTIE, as Chapter 7 Trustee | ) | |
| For the Estate of Arletta Gault | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| ARLETTA MADGELENE GAULT | ) | |
| Respondent. | ) | |
| | ) | |

### TRUSTEE'S MOTION TO COMPEL TURNOVER OF ASSETS

NOW COMES Jason L. Pettie, Trustee in the above-captioned case and does hereby move this Court for an order pursuant to § 542 of the Bankruptcy Code compelling turnover of certain non-exempt assets on the following grounds:

1. The debtor filed this case on or about June 30, 2010 (the "Petition Date"). On or about October 7, 2010, this case converted to Chapter 7, and Jason L. Pettie was subsequently appointed as Trustee.

2. On or about August 3, 2010, Debtor's husband, Charles Eugene Gault, passed away. Debtor subsequently received approximately $42,000 in life insurance proceeds which appear to be deposited with Lincoln Financial Group in account number 9592071751 (the "Account"). The Debtor subsequently withdrew the funds from the Account.

3. The Trustee has requested that the debtor turn over such non exempt property to the estate; however Trustee has not received the funds.

4. The debtor should be compelled to turnover all funds that she received from the Account to the estate for the benefit of the estate's creditors, and if the debtor does not comply, the Court

should enter an order revoking the debtor's discharge based on the Debtor's act of bad faith in attempting to conceal the funds.

**WHEREFORE**, the Trustee respectfully request that the Court hold a hearing on this matter and that the Court enter an order (i) compelling the turnover of funds and statements from the Insurance Account, and (ii) for such other and further relief as the Court may deem just and proper.

Respectfully submitted this 14th day of March, 2014.

**JASON L. PETTIE, P.C.**

*/s/ Jason L. Pettie*
Jason L. Pettie, Attorney for Trustee
Georgia Bar # 574783
150 E Ponce de Leon Ave, Ste 150
Decatur, Georgia  30030
(404) 638-5984

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed:

Robert J. Semrad & Associates, LLC
Suite 3600
101 Marietta Street
Atlanta, GA 30303

Arletta Madgelene Gault
2534 Corner Shoals Drive
Decatur, GA 30034

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

                                       */s/ Jason L. Pettie*
                                       Jason L. Pettie